FILED 05 AUG '11 09:47 USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

KENNETH P. MORROW,    03:11-cv-523-HU

       Plaintiff,    ORDER AND JUDGMENT

  v.

CITY OF PORTLAND, et al.,

       Defendants.

HERNANDEZ, Judge

    Based on the Record,

    The parties' stipulated motion to dismiss (#15) is GRANTED. IT IS ORDERED AND ADJUDGED that this Action is DISMISSED, with prejudice.

    IT IS SO ORDERED.

    DATED this 4 day of August, 2011.

                                   Marco A. Hernandez
                                   United States District Judge

1 - ORDER AND JUDGMENT